FILED

2026 Feb-20  PM 02:18
PFE/JSC: Feb. 2026 DISTRICT COURT
BHM GJ # 14 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) Case No. |
| | ) |
| **AIDEN DANIEL CUEVAS** | ) |
| **and** | ) |
| **ANDREW COLE NARY** | ) |

## INDICTMENT

### COUNT ONE
### Conspiracy to Traffick Firearms
### [18 U.S.C. § 933(a)(2) and (3)]

The Grand Jury charges that:

From on or about December 1, 2024, to on or about January 20, 2026, more exact dates being unknown to the Grand Jury, in Madison County, within the Northern District of Alabama, and elsewhere, the defendants,

**AIDEN DANIEL CUEVAS**
**and**
**ANDREW COLE NARY,**

did knowingly and intentionally conspire and agree with each other, and with others both known and unknown to the Grand Jury, to knowingly receive from another person, in or otherwise affecting interstate or foreign commerce, a firearm, to wit: three machine guns in violation of Title 18, United States Code Section 922(o), and

three pistols, all six firearms had obliterated serial numbers in violation of Title 18, United States Code Section 922(o), knowing and having reasonable cause to believe that such receipt would constitute a felony, all in violation of Title 18, United States Code, Sections 933(a)(2) & (3).

A TRUE BILL

*/s/ Electronic Signature*
FOREPERSON OF THE GRAND JURY

PRIM F. ESCALONA
United States Attorney

*/s/ Electronic Signature*
JONATHAN S. CROSS
Assistant United States Attorney

*/s/ Electronic Signature*
RYAN S. RUMMAGE
Assistant United States Attorney